**Clarence Carter MOORE, Plaintiff—Appellant,**

v.

**RICHMOND NURSING HOME; Boris T. Simmons, Police Officer; Beryl T. Carter, Director of Jose B. Gotay, M.D., D.P.H.; Jose B. Gotay, M.D., D.P.H.; Manned Deese, City Manager; Geneva D. Austin, Administrator, Defendants—Appellees.**

No. 11–1199.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 23, 2011.

Clarence Carter Moore, Appellant Pro Se. M. Janet Palmer, City Attorney's Office, Richmond, Virginia, for Appellees.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Carter Moore appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint as time-barred. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Moore v. Richmond Nursing Home,* No.

3:10–cv–00833–HEH, 2011 WL 652530 (E.D.Va. Feb. 10, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*